IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2021 APR -1  A 10: 20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PETRO DERAN PUGH #192319
Full name and prison number of plaintiff(s)

v.

BRANDON FLOYD, CO
VICTOR NIEVES, LT.
PARIS THOMAS, CO

Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

CIVIL ACTION NO. 2:21-cv-260-WHA-CSC
(To be supplied by Clerk of U.S. District Court)

* ALL DEFENDANTS ACTED UNDER COLOR OF STATE LAW
* ALL DEFENDANTS ARE SUED IN THEIR INDIVIDUAL & OFFICIAL CAPACITIES
* PLAINTIFF REQUESTS A TRIAL by JURY

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:
      Plaintiff(s) _N/A_

      Defendant(s) _N/A_

   2. Court (if federal court, name the district; if state court, name the county) _N/A_

3.  Docket number __N/A__

4.  Name of judge to whom case was assigned __N/A__

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6.  Approximate date of filing lawsuit __N/A__

7.  Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __VENTRESS CORR. FAC.__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __VENTRESS CORR. FAC.__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | BRANDON FLOYD | VENTRESS CORR. FAC. |
| 2. | VICTOR NIEVES | 379 HIGHWAY 239, N |
| 3. | PARIS THOMPSON | CLAYTON, AL. 36016 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __NOVEMBER 18TH, 2020__

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __8TH AMENDMENT FAILURE TO PROTECT__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

AT VENTRESS CORR. FAC. INMATE MARVIN MILLER AIS #316154 MOVED INTO B-UNIT 4 SIDE BED 10A. MARVIN MILLER WAS AKA AS M&M.

(CONTINUED SEPERATE PAGE(S).

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

Continued from page 3
Ground ONE
Supporting FACTS:

For approximately 14 days possibly longer inmate Marvin Miller had been walking around B-dorm 4 side, with a knife or ice pick in his hand staring at various prisoner's almost in a stalking manner spooking numerous prisoners, doing drugs.

Different prisoners spoke to officer Paris Thomas who replied "what do you expect me to do" and she walked away, saying "He's High."

On November 14, 2020 (Approximately) Marvin Miller started staying awake all day & night - mumbling about how prisoners were out to get him

On November 18, 2021, in B-4 side at Ventress Corr. Fac. Prisoner's complained to Victor Nieves, Lt. about Marvin Miller's actions & carrying an ice pick. Lt. Nieves took no action.

-4-

On Nov. 18th, 2020, After 2:00pm shift change & once the 2nd shift 1st count cleared prisoners who lived on B-4 side told officer Brandon Floyd about prisoner Marvin Miller's actions & officer Brandon Floyd's reaction was to go outside on B-Dorm's porch to smoke a cigarette.

At Approx. 4:00pm- prisoner's on B-4 side noticed Marvin Miller using his ice pick to stab benches & mattresses.

At Approx 5:30pm as plaintiff Pugh walked towards the back T.V. to watch the local news inmate Marvin Miller jumped on plaintiff, stabbing plaintiff in his face and.

No officer's were in the dorm nor in the cubicle at the time of the attack.

Inmate Marvin Miller was found guilty of assault with a weapon weapon and was reclassed and sent to a maximum security prison and is listed as the plaintiff's enemy.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

PLAINTIFF SEEKS JUDGEMENT AGAINST ALL DEFENDANTS FOR "FAILURE TO PROTECT"

CONTINUED SEPERATE PAGE

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
               (Date)

_____
Signature of plaintiff(s)

Case 2:21-cv-00260-RAH-CWB   Document 1   Filed 04/01/21   Page 7 of 8

**CONTINUED FROM Relief requested: Page 6 :**

Plaintiff seeks the following damges from each Defendant, Individually, Seperately and Totally.

1). Actual Damages................... $ 15,000.00 each

2). Compensatory Damages ..... $ 25,000.00 each

3). Consequential Damages ..... $ 10,000.00 each

4). Excessive Damages  .......... $ 20,000.00 each

5). Punitive Damages     .......... $ 30,000.00 Each

6). Future Damages       .......... $ 18,000.00 each

7). General Damages      .......... $ 19,000.00 each

8). Special Damages      .......... $ 19,000.00 each

9). Damage to Person     .......... $ 28,000.00 each

**TOTAL: $ 204,500.00**

Any further, different damages as this Honorable Court or Jury deems just, or proper and or appropriate.

1

PETRO Pugh
#192319 B4-6A
V.C.F. 329 Hwy. 239, N.
CLAYTON, AL. 36016

MONTGOMERY AL 360
31 MAR 2021 PM
US POSTAGE
$000.71
MAILED FROM ZIP CODE 36016

VENTRESS LAW LIBRARY

THIS CO...
FROM A...
CONTENTS HAVE... BEEN EVALU...
AND THE ALABAMA DEPARTMEN...
CORRECTIONS IS NOT RESPON...
THE SUBSTANCE OR CONTENT OF THE
ENCLOSED COMMUNICATION.

CLERK OF COURT
U.S. DIST. COURT
Middle DISTRICT
1 CHURCH STREET
Suite B110
MONTGOMERY, AL
36104-401801